UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHUL HYUN CHO,                          No. C-12-4571 EMC (pr)

      Plaintiff,

    v.                                     **ORDER OF DISMISSAL**

SIX UNKNOWN NAMES AGENTS or MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,

      Defendants.
_____/

      This *pro se* civil action was filed on August 30, 2012, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. (In fact, mail sent to him at the address he provided was returned undelivered to the court.) This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: December 21, 2012

                                                     _____
                                                     EDWARD M. CHEN
                                                     United States District Judge

United States District Court
For the Northern District of California